UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K. WADE,<br><br>        Plaintiff,<br><br>   v.<br><br>ELAINE CHAO,<br><br>        Defendant. | Case No. 18-mc-80003-VC<br><br>**ORDER RE PRE-FILING REVIEW** |

The court has reviewed the complaint in the above-captioned matter and finds that it does not state a potentially cognizable claim. Therefore, in accordance with the Order filed on December 14, 2006 in E.K. Wade v. United States of America, et al., Case No. 06-02346-CRB, the Clerk is directed not to accept the complaint for filing and this action is dismissed.

**IT IS SO ORDERED.**

Dated: January 29, 2018

_____
VINCE CHHABRIA
United States District Judge